IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LANE HATCHER, individually and
in a representative capacity for
all persons identified by
K.S.A. 60-1902; and as Special
Administrator of the Estate of Amanda
Annette L'Heureux,

        Plaintiff,

vs.                                Case No. 20-2374-SAC-ADM

HCP PRAIRIE VILLAGE KS OPCO LLC
and SUNRISE SENIOR LIVING
MANAGEMENT, INC.,

        Defendants.

## O R D E R

This matter is now before the court upon the report and recommendation of United States Magistrate Judge Mitchell. Doc. No. 84. Magistrate Judge Mitchell recommends that the court grant plaintiff's motion for approval of a wrongful death settlement and apportion the wrongful death settlement proceeds according to and consistent with the report and recommendation. The parties have not made a timely objection.

Upon review, the court is convinced that it should adopt the report and recommendation and grant plaintiff's motion for approval of wrongful death settlement and for apportionment of the wrongful death proceeds. Doc. No. 79. The court shall enter judgment according to and consistent with this order.

1

**IT IS SO ORDERED.**

Dated this 19th day of July 2022, at Topeka, Kansas.

s/Sam A. Crow
_____

U.S. District Senior Judge